ACCEPTED
04-15-00705-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/23/2015 11:07:50 AM
KEITH HOTTLE
CLERK

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

| | | |
|---|---|---|
| EATON COMMERCIAL, L.P., | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS |
| Appellant, | § | |
| | § | 12/23/2015 11:07:50 AM |
| VS. | § | APPEAL NO. 04-15-00705-CV |
| | § | KEITH E. HOTTLE<br>Clerk |
| PARADIGM HOTEL SA RIVERWALK, LP | § | |
| Appellee. | § | |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Notice is hereby given that effective January 1, 2016, the address and contact information

of William W. Sommers, undersigned counsel, will change to the following:

William W. Sommers
Langley & Banack, Inc.
745 E. Mulberry Ave. Suite 900
San Antonio, TX 78212
phone (210) 736-6600
fax (210) 735-6889
email wsommers@langleybanack.com

Respectfully submitted,

**GARDNER LAW**
745 E. Mulberry, Suite 500
San Antonio, Texas 78212-3167
Telephone:  (210) 733-8191
Telecopier:  (210) 733-5538
Email: wsommers@gardnertx.com

By:/s/ William W. Sommers_____
     WILLIAM W. SOMMERS
     State Bar No. 18842600

ELIZABETH H. CONNALLY
State Bar No. 24073635
EARL & CONNALLY, PLLC
601 N.W. Loop 410,  Suite 390
San Antonio Texas 78216
Telephone: (210) 222-1500
Email: ehconnally@eclegal.biz

[7612.024/822838/1]                     - 1 -

**ATTORNEYS FOR EATON COMMERCIAL, L.P.**

**CERTIFICATE OF SERVICE**

This is to certify that on the 23rd day of December 2015, a true and correct copy of the above and foregoing was served on the following pursuant to the Texas Rules of Appellate Procedure.

Stephanie O'Rourke                    *VIA E-FILING*
Gabriel Head
COKINOS, BOSIEN & YOUNG
10999 West IH-10, Suite 800
San Antonio, Texas 78230


/s/ William W. Sommers_____
WILLIAM W. SOMMERS